IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JACQUELINE C. BOYD,

      Plaintiff,                                  No: 1:16-cv-00814-WPL-KK

vs.

SPRINGLEAF FINANCE MANAGEMENT
CORPORATION,

      Defendant.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court on Defendant's Unopposed Motion to Dismiss with Prejudice ("Motion") filed on July 17, 2017 [Doc. 26]. The Court, having reviewed the Motion and being otherwise fully advised in the premises, FINDS the Motion well taken.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-captioned proceeding is hereby dismissed with prejudice, with each party to bear her or its own attorneys' fees and costs incurred herein.

                                                                     /s/ William P. Lynch
                                                     HONORABLE WILLIAM P. LYNCH
                                                     United States Magistrate Judge

Submitted by:

LITTLER MENDELSON, P.C.

By: */s/ Charlotte Lamont*
     Charlotte Lamont

Attorneys for Defendant

Agreed to:

GILPIN LAW FIRM, LLC

By: *Approval given 7/17/17*
    Donald G. Gilpin
    Christopher P. Machin

Attorneys for Plaintiff

Firmwide:145847161.1 038193.1154